# Order

Michigan Supreme Court
Lansing, Michigan

May 14, 2021

160772

SARON E. MARQUARDT, Personal
Representative for the ESTATE OF
SANDRA MARQUARDT,
      Plaintiff-Appellant,

v

VELLAIAH DURAI UMASHANKAR, MD,
      Defendant-Appellee,

and

JONATHAN HAFT,
      Defendant.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 160772
COA: 343248
Washtenaw CC: 12-000621-NH

      On May 5, 2021, the Court heard oral argument on the application for leave to appeal the November 26, 2019 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      BERNSTEIN, J., did not participate because he has a family member with an interest that could be affected by the proceeding.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 14, 2021



t0505

Clerk